7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

**FILED**
DEC 04 2007 *aw*
DEC 04 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

UNITED STATES OF AMERICA ex rel.
JULIAN JONES, No. R-32359,
    Plaintiff

v.

DONALD HULICK, Warden,
Menard Correctional Center,
    Defendant(s)

**07CV6852**
**JUDGE KENDALL**
**MAGISTRATE JUDGE COX**

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __JULIAN JONES__, declare that I am the ☐plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. #  R-32359   Name of prison or jail: Menard Correctional Center
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: $27.50 base pay

2. Are you currently employed?   ☒Yes   ☐No
   Monthly salary or wages: 27⁵⁰ to 150⁰⁰ depending on amount of work.
   Name and address of employer: Menard Industries, Menard Correctional Center, P.O. Box 711, Menard, Illinois 62259

   a. If the answer is "No":
      Date of last employment: N/A
      Monthly salary or wages: N/A
      Name and address of last employer: N/A

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: N/A
      Name and address of employer: N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                                ☐Yes   ☒No
      Amount  See #2 supra   Received by  N/A

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount ___N/A___ Received by ___N/A___

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount ___N/A___ Received by ___N/A___

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☒No
Amount ___N/A___ Received by ___N/A___

e. ☒ Gifts or ☐ inheritances ☒Yes ☐No
Amount _Approximately 400$_ Received by _Mail from family and friends_

f. ☐ Any other sources (state source: ___N/A___ ) ☐Yes ☒No
Amount ___N/A___ Received by ___N/A___

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property: ___N/A___ Current Value: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property: ___N/A___
Type of property: ___N/A___ Current value: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___
Amount of monthly mortgage or loan payments: ___N/A___
Name of person making payments: ___N/A___

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property: ___N/A___
Current value: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
___N/A___

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: November 27, 2007

_____
Signature of Applicant

JULIAN JONES
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE *
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, __Julian Jones__, I.D.# __R-32359__, has the sum of $ __450⁰⁰__ on account to his/her credit at (name of institution) __Menard Correctional Center__. I further certify that the applicant has the following securities to his/her credit: __N/A__. I further certify that during the past six months the applicant's average monthly deposit was $_____
(Add all deposits from all sources and then divide by number of months).

_____          _____
DATE                                                                SIGNATURE OF AUTHORIZED OFFICER


                                                                        _____
                                                                                   (Print name)


* See attached "Affidavit" attesting to prison officials refusal to complete the above in a timely fashion

Rev  7/18/07

-3-

STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF RANDOLPH )

### AFFIDAVIT

I, Julian Jones, being first duly sworn upon oath, declares under the penalty of perjury as follows.

(1). I, Julian Jones ("Affiant"), am the Petitioner in this of action, i.e., Habeas Corpus proceedings pursuant to 28 U.S.C §2241 et seq., and am currently incarcerated at the Menard Corectional Center ("Menard"), P.O. Box 711, Menard, Illinois, 62259; Inmate No. R-32359.

(2). Your Affiant is submitting this Affidavit to explain under oath the reason I am unable to submit the "Certificate" and "Trust Fund Transaction Sheet" for the previous six month as required in support of my "IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT".

(3). Your Affiant has written and requested the required documents from the Menard Trust Fund Office supervisor twice (and prior to those two requests, requested the same for proceedings on my State Post Conviction Petition and received no reply on this request) and the Trust Fund Office has failed to comply with said requests.

(4). Your Affiant can not force Menard to comply. I will submit said documents to this Court upon receipt of the same.

Pursuant to 28 U.S.C §1746, your Affiant declares the above facts are true and correct in substance and in fact to the best of my belief and knowledge and I affix my hand to sign this <u>27th</u> day of <u>November</u> 2007, attesting to the truth thereof.

/s/ _Julian Jones_____
    Julian Jones - Affiant

Time: 8:38am
d_list_inmate_trans_statement_composite

Menard Correctional Center
Trust Fund
Inmate Transaction Statement

Case 1:07-cv-06852    Document 3    Filed 12/04/2007    Page 5 of 6

REPORT CRITERIA - Date: 10/01/2006 thru End;    Inmate: R32359;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: R32359 Jones, Julian**    **Housing Unit: MEN-SU-06-29**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 610.80 |
| 10/02/06 | Point of Sale | 60 Commissary | 275746 | 606058 | Commissary | -44.71 | 566.09 |
| 10/05/06 | Payroll | 20 Payroll Adjustment | 278159 | | P/R month of 09/2006 | 19.20 | 585.29 |
| 10/16/06 | Point of Sale | 60 Commissary | 289767 | 609859 | Commissary | -79.04 | 506.25 |
| 10/17/06 | Payroll | 20 Payroll Adjustment | 290159 | | add smic p/r 08/06 | .64 | 506.89 |
| 10/25/06 | Mail Room | 01 MO/Checks (Not Held) | 298223 | 750686 | Cox, Sandra | 50.00 | 556.89 |
| 10/27/06 | Point of Sale | 60 Commissary | 300774 | 611708 | Commissary | -16.64 | 540.25 |
| 11/06/06 | Point of Sale | 60 Commissary | 310779 | 613241 | Commissary | -32.37 | 507.88 |
| 11/06/06 | Payroll | 20 Payroll Adjustment | 310159 | | P/R month of 10/2006 | 19.20 | 527.08 |
| 11/09/06 | Mail Room | 01 MO/Checks (Not Held) | 3132104 | C 752016 | Jones, Connie | 50.00 | 577.08 |
| 11/20/06 | Point of Sale | 60 Commissary | 324746 | 615546 | Commissary | -27.12 | 549.96 |
| 12/04/06 | Point of Sale | 60 Commissary | 338793 | 616819 | Commissary | -19.52 | 530.44 |
| 12/06/06 | Payroll | 20 Payroll Adjustment | 340159 | | P/R month of 11/2006 | 19.20 | 549.64 |
| 12/11/06 | Point of Sale | 60 Commissary | 345767 | 618958 | Commissary | -31.30 | 518.34 |
| 12/18/06 | Point of Sale | 60 Commissary | 352746 | 621285 | Commissary | -20.03 | 498.31 |
| 01/05/07 | Payroll | 20 Payroll Adjustment | 005159 | | ICI P/R DEC 2006 | 47.40 | 545.71 |
| 01/08/07 | Point of Sale | 60 Commissary | 008767 | 624432 | Commissary | -68.73 | 476.98 |
| 01/12/07 | Mail Room | 01 MO/Checks (Not Held) | 0122104 | C 755746 | Chinn, Morris | 50.00 | 526.98 |
| 01/16/07 | Point of Sale | 60 Commissary | 016779 | 626803 | Commissary | -21.45 | 505.53 |
| 01/22/07 | Point of Sale | 60 Commissary | 022779 | 628393 | Commissary | -13.22 | 492.31 |
| 02/07/07 | Payroll | 20 Payroll Adjustment | 038159 | | ICI P/R JAN 07 | 73.72 | 566.03 |
| 02/09/07 | Point of Sale | 60 Commissary | 040767 | 630283 | Commissary | -66.11 | 499.92 |
| 02/16/07 | Point of Sale | 60 Commissary | 047762 | 631733 | Commissary | -31.09 | 468.83 |
| 03/05/07 | Point of Sale | 60 Commissary | 064762 | 633544 | Commissary | -39.56 | 429.27 |
| 03/06/07 | Payroll | 20 Payroll Adjustment | 065159 | | ICI P/R FEB 2007 | 83.49 | 512.76 |
| 03/12/07 | Point of Sale | 60 Commissary | 071779 | 635447 | Commissary | -43.98 | 468.78 |
| 03/16/07 | Mail Room | 01 MO/Checks (Not Held) | 075245 | 758534 | Jones, Connie | 50.00 | 518.78 |
| 03/16/07 | Mail Room | 01 MO/Checks (Not Held) | 075245 | 758535 | Jones, Connie | 50.00 | 568.78 |
| 03/19/07 | Point of Sale | 60 Commissary | 078767 | 637614 | Commissary | -13.11 | 555.67 |
| 04/02/07 | Point of Sale | 60 Commissary | 092746 | 639375 | Commissary | -19.56 | 536.11 |
| 04/06/07 | Payroll | 20 Payroll Adjustment | 096159 | | ICI P/R MARCH 07 | 121.53 | 657.64 |
| 04/09/07 | Point of Sale | 60 Commissary | 099746 | 641157 | Commissary | -82.87 | 574.77 |
| 04/16/07 | Point of Sale | 60 Commissary | 106746 | 643673 | Commissary | -42.51 | 532.26 |
| 04/23/07 | Mail Room | 01 MO/Checks (Not Held) | 113245 | 764470 | Jones, Corrine | 50.00 | 582.26 |
| 04/23/07 | Mail Room | 01 MO/Checks (Not Held) | 113245 | 764471 | Jones, Corrine | 25.00 | 607.26 |
| 05/07/07 | Payroll | 20 Payroll Adjustment | 127159 | | ICI P/R APRIL 07 | 65.43 | 672.69 |
| 05/07/07 | Point of Sale | 60 Commissary | 127779 | 646514 | Commissary | -81.48 | 591.21 |
| 05/15/07 | Disbursements | 30 Postage | 135359 | Chk #80002 | 30372, DOC: 523 Fund Reimburse, Inv. Date: 05/03/2007 | -.63 | 590.58 |
| 05/17/07 | Point of Sale | 60 Commissary | 137779 | 649670 | Commissary | -39.21 | 551.37 |
| 06/04/07 | Point of Sale | 60 Commissary | 155746 | 651196 | Commissary | -27.51 | 523.86 |
| 06/11/07 | Payroll | 20 Payroll Adjustment | 162159 | | ICI P/R MAY 07 | 70.69 | 594.55 |
| 06/11/07 | Point of Sale | 60 Commissary | 162767 | 653021 | Commissary | -145.77 | 448.78 |
| 06/13/07 | Mail Room | 01 MO/Checks (Not Held) | 1642113 | C768440 | Jones, Connie | 50.00 | 498.78 |
| 06/13/07 | Mail Room | 01 MO/Checks (Not Held) | 1642113 | C768441 | Jones, Connie | 50.00 | 548.78 |
| 06/18/07 | Point of Sale | 60 Commissary | 169793 | 655215 | Commissary | -45.93 | 502.85 |
| 07/02/07 | Point of Sale | 60 Commissary | 183746 | 656890 | Commissary | -33.04 | 469.81 |
| 07/09/07 | Point of Sale | 60 Commissary | 190767 | 658279 | Commissary | -55.14 | 414.67 |
| 07/09/07 | Payroll | 20 Payroll Adjustment | 190159 | | ICI P/R JUNE 07 | 47.88 | 462.55 |
| 07/16/07 | Point of Sale | 60 Commissary | 197767 | 660833 | Commissary | -35.73 | 426.82 |
| 08/07/07 | Payroll | 20 Payroll Adjustment | 219159 | | ICI P/R JULY 2007 | 27.42 | 454.24 |

Date: 11/26/2007
Time: 8:38am
d_list_inmate_trans_statement_composite

Case 1:07-cv-06852  Document 3  Filed 12/04/2007  Page 6 of 6

Menard Correctional Center
Trust Fund
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 10/01/2006 thru End;    Inmate: R32359;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: R32359 Jones, Julian**          **Housing Unit: MEN-SU-06-29**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/17/07 | Disbursements | 80 Postage | 229359 | Chk #81344 | 40722, DOC: 523 Fund Reimburse, Inv. Date: 08/14/2007 | -.41 | 453.83 |
| 08/20/07 | Point of Sale | 60 Commissary | 232779 | 663522 | Commissary | -13.96 | 439.87 |
| 09/07/07 | Payroll | 20 Payroll Adjustment | 250159 | | ICI P/R AUG 07 | 76.89 | 516.76 |
| 09/10/07 | Point of Sale | 60 Commissary | 253779 | 667491 | Commissary | -144.51 | 372.25 |
| 09/17/07 | Point of Sale | 60 Commissary | 260779 | 669608 | Commissary | -61.71 | 310.54 |
| 09/24/07 | Point of Sale | 60 Commissary | 267767 | 671422 | Commissary | -12.25 | 298.29 |
| 10/01/07 | Point of Sale | 60 Commissary | 274746 | 672021 | Commissary | -23.16 | 275.13 |
| 10/03/07 | Mail Room | 01 MO/Checks (Not Held) | 276245 | 774557 | Jones, Connie | 50.00 | 325.13 |
| 10/03/07 | Mail Room | 01 MO/Checks (Not Held) | 276245 | 774558 | Jones, Connie | 50.00 | 375.13 |
| 10/11/07 | Payroll | 20 Payroll Adjustment | 2841107 | | ICI P/R SEPT 07 | 120.64 | 495.77 |
| 10/15/07 | Point of Sale | 60 Commissary | 288762 | 674652 | Commissary | -46.90 | 448.87 |
| 10/22/07 | Point of Sale | 60 Commissary | 295749 | 677226 | Commissary | -30.64 | 418.23 |
| 11/01/07 | Mail Room | 01 MO/Checks (Not Held) | 3052113 | 20032740973 | Crooms, Camesha | 25.00 | 443.23 |
| 11/05/07 | Point of Sale | 60 Commissary | 3097116 | 678719 | Commissary | -55.76 | 387.47 |
| 11/07/07 | Payroll | 20 Payroll Adjustment | 311159 | | ICI P/R OCT 07 | 159.46 | 546.93 |
| 11/15/07 | Point of Sale | 60 Commissary | 3197116 | 682335 | Commissary | -89.18 | 457.75 |
| 11/19/07 | Point of Sale | 60 Commissary | 323779 | 682856 | Commissary | -9.31 | 448.44 |

|  |  |
|---|---|
| Total Inmate Funds: | 448.44 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 448.44 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |