**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JULIAN JONES, No. R-32359,
Plaintiff(s)

v.

DONALD HULICK, Warden
Defendant(s)

**FILED**
DEC 0 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6852
JUDGE KENDALL
MAGISTRATE JUDGE COX

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, JULIAN JONES, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

   Due to my indigent status I have not attempted to retain counsel regarding these Habeas proceedings. I current have a Prisoner At Law assisting me pro bono, until counsel is appointed.

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Movant's Signature: Julian Jones
Reg. No. R-32359
P.O. Box 711 SU-6-29
Street Address
Menard Correctional Center
Menard, Illinois 62259
City/State/Zip

Date: 11-27-07

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | N/A | Case Number | N/A |
|---|---|---|---|
| Case Title | N/A | | |
| Appointed Attorney's Name | N/A | | |
| If case is still pending, please check box: ☐ | | | |

| Assigned Judge | N/A | Case Number | N/A |
|---|---|---|---|
| Case Title | N/A | | |
| Appointed Attorney's Name | N/A | | |
| If case is still pending, please check box: ☐ | | | |

| Assigned Judge | N/A | Case Number | N/A |
|---|---|---|---|
| Case Title | N/A | | |
| Appointed Attorney's Name | N/A | | |
| If case is still pending, please check box: ☐ | | | |

| Assigned Judge | N/A | Case Number | N/A |
|---|---|---|---|
| Case Title | N/A | | |
| Appointed Attorney's Name | N/A | | |
| If case is still pending, please check box: ☐ | | | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
DEC 0 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA ex rel. )
   JULIAN JONES, NO. R-32359,       )
                                      )
                Petitioner,     )
                                      )   CASE NO._____
vs.                                 )
                                      )
DONALD HULICK, Warden,          )   Case Number of State Court:
   Menard Correctional Center,   )
                                      )   00-CR-26626-02
                Respondent.      )

NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   Lisa Madigan                   Richard A. Devine
      Attorney General of Illinois   State's Attorney of Cook County
      100 W. Randolph              Richard J. Daley Center - Room 309
      Chicago, Illinois 60601      Chicago, Illinois 60602

    PLEASE TAKE NOTICE that on this 27th day of November, 2007, I have caused to be filed with the Clerk of the United States District Court, Prisoner Correspondent, 219 South Dearborn Street, Chicago, Illinois 60604, the original and two (2) copies of my PETITION FOR WRIT OF HABEAS CORPUS-PERSON IN STATE CUSTODY (H.C. Petition I), PETITION FOR WRIT OF HABEAS CORPUS-PERSON IN STATE CUSTODY (H.C. Petition II), IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT, MOTION FOR APPOINTMENT OF COUNSEL, and MOTION FOR STAY AND ABEYANCE PROCEDURE; and on this same date and manner, a copy of which is hereby served on the above-named persons by placing the same in the internal institutional mail system at the Menard Correctional Center, P.O. Box 711, Menard, Illinois 62259 in accordance with IDOC procedure and policy and as required by Rule 3(d) of Rules Governing Section 2254 Cases, with sufficient prepaid first class postage and properly addressed as indicated above.

    I, Julian Jones, being first duly sworn upon oath, declares under the penalty of perjury pursuant to 28 U.S.C. §1746, that I am the Petitioner in the above-entitled cause, have read the above NOTICE OF FILING AND CERTIFICATE OF SERVICE and the information contained therein is true and correct in substance and in fact to the best of my knowledge and belief and I affix my hand to sign this 27th day of November, 2007 attesting to the truth thereof.

                                                /s/ _____
                                                   Julian Jones - Affiant
                                                    Reg. No. R-32359
                                                     P.O. BOX 711   SU-6-29
                                                     Menard, Illinois 62259