


Julian Jones, R-32359
Menard Correctional Center
P.O. Box 711  SU-6-29
Menard, Illinois  62259

November 27, 2007

**FILED**

DEC 0 4 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk of the Court
United States District
Prisoner Correspondent
219 South Dearborn Street
Chicago, Illinois  60604

Re: Filing of Habeas Corpus.

Dear Clerk,

　　　　Please find enclosed the original and two (2) copies of the following documents to be filed in your court.

(1). Notice of Filing and Certificate of Service;
(2). In Forma Pauperis Application and Financial Affidavit;*
(3). Motion For Appointment of Counsel;
(4). Motion For Stay And Abeyance Procedure;
(5). Petition For Writ Of Habeas Corpus-Person in State Custody (I);
(6). Petition For Writ Of Habeas Corpus-Person in State Custody (II).

　　　　In addition, I have enclosed an extra copy of each of the above-listed documents, which I respectfully request be "stamped filed" and returned to me in the self-address envelope for my file record.

　　　　*Please take note of the fact I was unable to have the "Certificate" for the Forma Pauperis Application completed by the Trust Fund Supervisor, despite requesting the same on two occasions. I was able to obtain a copy of my Trust Fund Transaction Sheet yesterday through my counselor and have enclosed the same with each copy (it is not attached as I was unable to get a stapler after the other copies were made and stapled.). If the Trust Fund supervisor eventually sends the "Certificate", I will forward the same, but it may be necessary to have the Court issue an order compelling the officials to provide the same. I certainly hope I will not suffer any type of negative consequences as a result of failure to have this document, as I did all I could to obtain the same.

　　　　Thank you for your time and consideration on this matter.

　　　　　　　　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　n Jones

cc. 07CV6852
　　JUDGE KENDALL
　　MAGISTRATE JUDGE COX