MHN

07cv6852

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>**RECEIVED**<br>DEC 11 2007<br>Office Of The Attorney General |
| 1. Article Addressed to:<br><br>Chief of Criminal Appeals<br>Illinois Attorney General's Office<br>100 West Randolph-12th fl.<br>Chicago, IL 60601<br><br>07cv6852 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7001 1940 0001 4995 1816 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |

FILED

DEC 1 4 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT