## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | VIRGINIA M. KENDALL | Sitting Judge if Other than Assigned Judge | January 28, 2008 |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6852 | **DATE** | |
| **CASE TITLE** | Julian Jones(R-32359) v. Donald Hulick | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to enter judgment dismissing this case for Petitioner's failure to pay the filing fee as directed in the Court's order of 12/13/07. *See Brekke v. Morrow*, 840 F.2d 4, 5 (7th Cir. 1988).

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|