# United States District Court

## Northern District of Illinois

**Eastern Division**

Julian Jones                                **JUDGMENT IN A CIVIL CASE**

      v.                                         Case Number: 07 C 6852

Donald Hulick

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for Petitioner's failure to pay the filing fee as directed in the Court's order of December 13, 2007.

                                                    Michael W. Dobbins, Clerk of Court

Date: 1/28/2008                               /s/ Ken Wood, Deputy Clerk