

```
Julian Jones
Reg. No. R-32359
Menard Corr. Center
P.O. Box 711   SU-6-29
Menard, Illinois 62259
```

January 23, 2008

Honorable Michael W. Dobbins, Clerk
Office of the Clerk  of the United States
   District Court, Nothern District of Illinois
Prisoner Correspondence
219 South Dearborn Street
United States Courthouse & Federal Building
Chicago, Illinois   60604

**FILED**

JAN 2 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 29 2008

Re: **Julian Jones v. Donald Hulick, Case No. 07C 6852,**
    Judge Kendall; Magistrate Judge Cox, presiding.

Dear Clerk Dobbins,

      On November 27, 2007, I mailed my Motion to Proceed in Forma Pauperis, Motion for Appointment of Counsel, Motion For Stay And Abeyance Procedure and Habeas Corpus Petition(s) I and II. I received my stamped copies indicating the same was received on December 4, 2007 and assigned the above-entitled case number and Honorable Judge and Magistrate Judge.. Since receiving the same, I have not received anything further.

      I am writing to request the status of my motion to proceed in forma pauperis, appointment of counsel and to stay and absence procedure, as well as the Habeas petition(s).

      Thank you for your time and consideration on this matter. I await to hear from you.

Respectfully yours,

*Julian Jones*
Julain Jones

cc.