Julian Jones
Reg. No. R-32359
Menard Corr. Center
P.O. Box 711 SU-6-29
Menard, Illinois 62259

January 31, 2008

Honorable Michael W. Dobbins, Clerk
Office of the Clerk of the Court
   for the United States District Court
      Northern District of Illinois
Prisoner Correspondent
219 South Dearborn Street
Chicago, Illinois 60604

**FILED**

FEB 07 2008
Feb 7, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: Julian Jones (R-32359 v. Donald Hulick; Case No. 07-C-6852.
    Honorable Virginia M. Kendall, Judge Presiding.

Dear Clerk Dobbins,

        Tonight, January 31, 2008, I received a copy of the Docket Entry Text dated January 28, 2008, stating as follows;
> "The Clerk is directed to enter judgment dismissing this case for Petitioner's failure to pay the filing fee as directed in the Court's order of 12/13/07. See, Brekke v. Morrow, 840 F.2d 4, 5 (7th Cir. 1998)."

        I am writing immediately to inform you that I did not receive the above described order of 12/13/07.

        Additionally, on advice of the "Prisoner At Law" assisting me in this matter, I wrote your office earlier this month requesting the status of my habeas proceedings. Clearly, my letter was mailed prior to the above order of January 28, 2008 being entered.

        I am requesting this correspondence be construed as a request for reconsideration and leave to file a late filing fee, or alternately, as a Notice of Appeal. Due to the fact the Menard Correctional Center where I am incarcerated is currently on Lockdown, I am unable to submit the above requests tonight, but will be submitting the same as soon as I possibly can.

        In addition, I am going to submit a money voucher to the Menard officials for the filing fee first thing tomorrow but due to the policy of processing money vouchers, I don't know how long the same will take to reach your office, although I will request it be processed immediately.

        I would respectfully point out, that it cost me a great deal more than the $5. filing fee to have my habeas petition and other pleadings copied and mailed, therefore, had I known of the Order of 12/13/07, I certainly would have paid it in a timely manner.

Respectfully yours,

Julian Jones, Pro Se

cc.