FEB 11 2008   FILED

FEB 11 2008

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JULIAN JONES (R-32359), ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 07-C-6852 |
| ) | |
| DONALD HULICK, Warden, ) | Honorable |
| Menard Correctional Center, ) | Virginia M. Kendall, |
| ) | Judge Presiding. |
| Respondent. ) | |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:  Lisa Madigan                          Richard A. Devine
     Attorney General of Illinois          State's Attorney of Cook County
     100 W. Randolph                       Richard J. Daley Center - Room 309
     Chicago, Illinois  60601              Chicago, Illinois  60602

   PLEASE TAKE NOTICE that on this 4th day of February, 2008, I have cause to file with the Office of the Clerk of the United States District Court, Prisoner Correspondent, 219 South Dearborn Street, Chicago, Illinois 60604, the original and two (2) copies of my Motion To Alter Or Amend Judgment, with attached Notice Of Appeal, Certificate Of Appealability and Docketing Statement with Proposed Order; and on this same date and manner, a copy of the same is hereby served on the above-named persons by placing the same in the U.S. Mail through the internal institutional mail system at the Menard Correctional Center, P.O. box 711, Menard, Illinois 62259 in accordance with IDOC procedure and policy and as required by Rule 3(d) of Rules Governing Section 2254 Cases, with sufficient prepaid first class postage and properly addressed as indicated above.

   I, Julian Jones, being first duly sworn upon oath, declares under the penalty of perjury pursuant to 28 U.S.C. §1746, that I am the Petitioner in the above-entitled cause, have read the above Notice Of Filing And Certificate Of Service and the information contained therein is true and correct in substance and in fact to the best of my knowledge and belief and I affix my hand to sign this 4th day of February, 2008, attesting to the truth thereof.

                                       /s/ Julian Jones
                                       Julian Jones - Affiant
                                       Reg. No. R-32359
                                       Menard Correctional Center
                                       P.O. Box 711  SU-6-29
                                       Menard, Illinois 62269

FEB 11 2008   F I L E D

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEB 11 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JULIAN JONES (R-32359), ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 07-C-6852 |
| ) | |
| DONALD HULICK, Warden, ) | Honorable |
| Menard Correctional Center, ) | Virginia M. Kendall, |
| ) | Judge Presiding. |
| Respondent. ) | |

MOTION TO ALTER OR AMEND JUDGMENT
OR IN THE ALTERNATE, FILE NOTICE OF APPEAL,
CERTIFICATE OF APPEALABILITY AND DOCKETING STATEMENT

NOW COMES, Petitioner-Appellant, Julian Jones, in propria persona, in the above-entitled cause and moves in this Honorable Court, pursuant to Federal Rules Of Civil Procedure, Rule 59(e), and respectfully requests to alter or amend the judgment entered on January 28, 2008, dismissing the above-entitled cause for failure to pay filing fee, or in the alternate, order the attached Notice Of appeal, Certificate of Appealability and Docketing Statement filed in accordance with the Federal Rules of Appellate Procedure, Rule(s) 3, 4 and 22(b), respectively, and in support thereof, respectfully states as follows.

1. That on November 27, 2007, Petitioner Julian Jones ("Petitioner"), mailed his Motion To Proceed In Forma Pauperis, Motion For Appointment Of Counsel, Motion To Stay And Abeyance Procedure and Habeas Corpus Petition(s) I and II, to this Honorable Court, along with an additional copy and the same was stamped received on December 4, 2007.

2. That upon advice from the Prisoner At Law ("PAL"), this Petitioner sent a correspondence dated January 23, 2008 to the Honorable Michael W. Dobbins, informing Clerk Dobbins that since receipt of the "stamped copies" as setforth in Par. #1, supra, that Petitioner had not received anything further from the Court. Petitioner requested the status of the pleadings filed on November 27, 2008, in the case sub judice. (See, APPENDIX - EXHIBIT "A") Petitioner received his "Offender Authorization For Payment" receipt indicating said correspondence had been mailed from the Menard Correctional Center. (See, APPENDIX - EXHIBIT "B")

3. That on January 31, 2008, Petitioner received a copy of the "Docket Entry Text dated January 28, 2008, stating as follows;

> "The Clerk is directed to enter judgment dismissing this case for Petitioner's failure to pay the filing fee as directed in the Court's order of 12/13/07. [Citation omitted]."

4. That on January 31, 2008, upon receipt of the Court's Order as setforth in Par. #3, supra, with the assistance of his PAL, sent a correspondence to Clerk Dobbins immediately, informing the Clerk that he had not received the 12/13/07 order to pay the filing fee.

5. That additionally, Petitioner requested his correspondence of January 31, 2008, be contrued as a request for reconsideration and leave to file a late filing fee, or alternately as a Notice Of Appeal, explaining that due to the institutional lockdown was unable to file a proper request, but would submit the same as soon as possible, whereas this filing is the fulfillment of that pledge.

6. That Petitioner made a good faith effort to send the five (5) dollar filing fee in a separate correspondence dated January 31, 2008, by submitting a money voucher to the Menard Correctional Center officials for processing, but has not received a receipt for the same.

7. That there can be no doubt that Petitioner did not receive the 12/13/07 Order directing the payment of filing fees as Petitioner states in his correspondence of January 31, 2008, which is supported by EXHIBIT "A" attached hereto, which Petitioner mailed to the Court five (5) days prior to the Court's Order of January 28, 2008, dismissing Petitioner's case. It must be noted, it has cost Petitioner a great deal more than five (5) dollars to have the pleadings as set-forth in Par. #1, supra, copied and mailed, therefore it would be totally unreasonable for Petitioner not to pay the filing fee, which he certainly would have had he received the 12/13/07 Order. With the assistance of his PAL, who spent a great deal of time and effort in preparing said pleadings, instructed Petitioner to notify the PAL as soon as anything arrived from the Court, and from personal experience knew something was wrong when Petitioner had not received anthing by January 23, 2008, thus prompting Petitioner's letter to the Clerk.

8. That Petitioner can not be held responsible for not receiving the 12/13/07 Order, which resulted in the failing to timely pay the $5. filing fee. Under the rules and principles of equity and to prevent a miscarriage of justice, this Court should alter or amend the judgment of January 28, 2008 and allow Petitioner to submit a late filing fee

9. That alternately, if the relief requested in Par. #8, supra , is denied, Petitioner requests an order directing the Clerk to file the attached Notice of Appeal, Certificate Of Appealability and Docketing Statement (See, APPENDIX - EXHIBIT(s) "C", "D" AND "E", respectively).

WHEREFORE, Petitioner Julian Jones prays for an Order to alter or amend the judgment of January 28, 2008 and to allow Petitioner to submit a late filing fee, or alternately, an Order directing the Clerk to file the attached Notice of Appeal, Certificate of Appealability and Docketing Statement, and for other such relief deemed just, equitable and appropriate in the case sub judice.

Respectfully submitted;

Julian Jones, Pro Se
Reg. No. R-32359
Menard Correctional Center
P.O. Box 711  SU-6-29
Menard, Illinois  62259

-4-

STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF RANDOLPH )

### CERTIFICATION OF VERIFICATION

I, Julian Jones, being first duly sworn upon oath, declares under the penalty of perjury pursuant to 28 U.S.C. §1746, that I am the Petitioner-Appellant in the above-entitled cause, that I have read the foregoing "Motion To Alter Or Amend Judgment Or In The Alternate, File Notice Of Appeal, Certificate Of Appealability And Docketing Statement" and certifies that the statements therein are true and correct in substance and in fact to the best of my knowledge, except as to matters stated on information and belief and as such matters believe the same to be true and I affix my hand to sign this 4th day of February, 2008, attesting to the truth thereof.

/s/ Julian Jones
Julian Jones, Affiant

A P P E N D I X

| | |
|---|---|
| EXHIBIT "A" – Letter to Clerk, dated January 23, 2008 | Page 1 |
| EXHIBIT "B" – Institutional Postage Receipt, dated January 23, 2008 | Page 2 |
| EXHIBIT "C" – Notice Of Appeal (alternately)* | Page 3 |
| EXHIBIT "D" – CERTIFICATE Of Appealability (alternately)* | Pages 4-6 |
| EXHIBIT "E" – Docketing Statement (alternately)* | Pages 7-8 |

\* EXHIBIT(s) "C", "D", and "E" are not labeled as such in the event the same are filed in the alternate. It is clearly titled and there should be no problem with identifying each.

APPENDIX - EXHIBIT "A"

```
                                          Julian Jones
                                          Reg. No. R-32359
                                          Menard Corr. Center
                                          P.O. Box 711  SU-6-29
                                          Menard, Illinois 62259

                                          January 23, 2008
```

Honorable Michael W. Dobbins, Clerk
Office of the Clerk of the United States
  District Court, Northern District of Illinois
Prisoner Correspondent
219 South Dearborn Street
United States Courthouse & Federal Building
Chicago, Illinois  60604


    Re:   Julian Jones v. Donald Hulick, Case No. 07C 6852,
           Judge Kendall; Magistrate Judge Cox, presiding.


Dear Clerk Dobbins,

       On November 27, 2007, I mailed my Motion to Proceed in Forma Pauperis, Motion for Appointment of Counsel, Motion For Stay And Abeyance Procedure and Habeas Corpus Petition(s) I and II. I received my stamped copies indicating the same was received on December 4, 2007 and assigned the above-entitled case number and Honorable Judge and Magistrate Judge. Since receiving the same, I have not received anything further.

       I am writing to request the status of my motion to proceed in forma pauperis, appointment of counsel and to stay and absence procedure, as well as the Habeas petition(s).

       Thank you for your time and consideration on this matter. I await to hear from you.


                                                Respectfully yours,

                                                */s/ Julian Jones*
                                                Julian Jones


cc.

APPENDIX - EXHIBIT "B"

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____    Date _____

Offender Name _____    ID# _____    Housing Unit _____

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of _____

☐ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____    ID# _____

Witness Signature _____

☐ Approved  ☐ Not Approved    Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

Printed on Recycled Paper

DOC 0296 (Eff. 1/2006)
(Replaces DC 628)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIAN JONES (R-32359), | ) Notice Of Appeal To The Circuit |
| | ) Court Of Appeal For 7th Circuit |
| Petitioner-Appellant, | ) From A Final Order Of the |
| | ) United States District Court, |
| vs. | ) Northern District of Illinois. |
| | ) |
| | ) Case No. 07-C-6852 |
| DONALD HULICK, Warden, | ) |
| Menard Correctional Center, | ) The Honorable |
| | ) Virginia M. Kendall, |
| Respondent-Appellee. | ) Judge Presiding. |

Notice is hereby given that I, Julian Jones, Petitioner-Appellant in the above-entitled cause, hereby appeal to the United States Court of Appeals for the Seventh Circuit, from the final Order by the Honorable Virginia M. Kendall, dismissing Petitioner's case for failing to pay the filing fee, entered in this cause of action on January 28, 2008. The issue to be raise on appeal are setforth in the Motion For Issuance Of A Certificate Of Appealability, claiming <u>inter alia</u>, the dismissal of Petitioner's case was in error.

This Notice of Appeal is being attached to Petitioner-Appellant's Motion To Alter Or Amend Judgment and in the event of a denial of said Motion, is to be considered as timely filed.

DATE: February 4th, 2008

Julian Jones, <u>Pro Se</u>
Reg. No. R-32359
Menard Correctional Center
P.O. Box 711   SU-6-29
Menard, Illinois 62259

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIAN JONES (R-32359),<br><br>Petitioner,<br><br>vs.<br><br>DONALD HULICK, Warden,<br>   Menard Correctional Center,<br><br>Respondent. | Case No. 07-C-6852<br><br>Honorable<br>Virginia M. Kendall,<br>Judge Presiding. |

<u>MOTION FOR THE ISSUANCE OF A</u>
<u>CERTIFICATE OF APPEALABILITY</u>

    NOW COMES Petitioner-Appellant, Julian Jones, in propria persona, in the above-entitled cause and moves in this Honorable Court pursuant to 28 U.S.C. §2253(c) et seq., and Federal Rules of Appellate Procedure, Rule 22(b)(1), and respectfully requests the issuance of a Certificate of Appealability in the case <u>sub judice</u>, and in support thereof, respectfully states as follows.

    1.    That Petitioner-Appellant Julian Jones ("Petitioner") filed on November 27, 2007, his Motion To Proceed In Forma Pauperis, Motion For Appointment Of Counsel, Motion To Stay And Abeyance Procedure, and Habeas Corpus Petition(s) I and II in this Honorable Court.

    2.    That Petitioner received a "Docket Entry Text" dated January 28, 2008, indicating Petitioner's case was dismissed for failure to pay the filing fee.

3. That Petitioner received nothing from this Court between the receipt of the "stamped received" copies of the pleadings as setforth in Par. #1, supra, and the "Docket Entry Text" as setforth in Par. #2, supra, therefore had no way of knowing the filing fee was due, since there was no notice of the same nor a ruling on his Motion To Proceed In Forma Pauperis.

4. That there has been no substantial change in Petitioner's financial status since the filing of the previous Motion To Proceed In Forma Pauperis and Petitioner requests to proceed in forma pauperis during the appellate proceedings, by use of the previously submitted motion to proceed in forma pauperis of November 27, 2007.

5. That in Slack v. McDaniel (2000), 529 U.S. 473, 484-85, the Court ruled that the dismissal of a habeas petition on procedural grounds does not bar issuance of a Certificate of Appealability ("COA"). When the District Court dismisses a habeas proceeding on procedural grounds without reaching the Petitioner's underlying constitutional claims, a COA should issue when Petitioner shows that, (1). jurists of reason would find it debatable whether the District Court was correct in its procedural ruling. (See, also, Rodriguez v. U.S. (7th Cir. 2002), 112 F.3d 972, 978).

6. That it is clear jurists of reason would find it debatable whether Petitioner is responsible for not receiving the 12/13/07 order directing the payment of fees that resulted in the failure to pay said fee and whether under the rules and principles of equity and to prevent a miscarriage of justice the District Court's ruling on procedural grounds was correct.

7. That in <u>Miller-El v. Cockell</u> (2003), 537 U.S. 322, 336-37, the Court held that a COA determination should be a separate proceeding distinct from a determination of the merits of a habeas Petitioner's constitutional cliams.

WHEREFORE, Petitioner Julian Jones respectfully prays, based on the facts and arguments setforth <u>supra</u>, that this Honorable Court will issue the Certificate Of Appealability, grant Petitioner to proceed in forma pauperis through the appellate proceedings and grant other such relief deemed just, equitable and appropriate in the interest of justice in the case <u>sub judice</u>.

Respectfully submitted;

/s/ Julian Jones
Julian Jones, <u>Pro Se</u>
Reg. No. R-32359
Menard Correctional Center
P.O. Box 711  SU-6-29
Menard, Illinois  62259

STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF RANDOLPH )

<u>CERTIFICATION OF VERIFICATION</u>

I, Julian Jones, being first duly sworn upon oath, declares under the penalty of perjury pursuant to 28 U.S.C. §1746, that I am Petitioner in the above-entitled cause, that I have read the foregoing "Motion For Issuance Of A Certificate Of Appealability" and certifies that the statements therein are true and correct in fact and substance, except as to matters stated on information and belief and as to such matters believe the same to be true and I affix my hand to sign this 4th day of <u>February</u>, 2008, attesting to the truth thereof.

/s/ Julian Jones
Julian Jones, Affiant

-3-

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIAN JONES (R-32359),<br><br>    Petitioner-Appellant,<br><br>vs.<br><br>DONALD HULICK, Warden,<br>  Menard Correctional Center,<br><br>    Respondent-Appellee. | Docketing Statement To The Circuit Court Of Appeal For 7th Circuit From A Final Order Of The United States District Court, Northern District of Illinois.<br><br>Case No. 07-C-6852<br><br>The Honorable<br>Virginia M. Kendall,<br>Judge Presiding. |

### CIRCUIT RULE 3(c) DOCKETING STATEMENT

NOW COMES Petitioner-Appellant Julian Jones, in propria persona, in the above-entitled cause, pursuant to Circuit Rule(s) 3(c) and 28(c) for the Circuit Court of Appeals for the Seventh Circuit, and respectfully states as follows.

1. That the jurisdiction of the District Court in this matter was invoked under 28 U.S.C §2254, a Petition For Writ Of Habeas Corpus brought by a State prisoner.

2. That Appellate jurisdiction is conferred by 28 U.S.C. §2253.

3. That the judgment sought to be reviewed was entered on January 28, 2008.

4. That the Notice Of Appeal from the judgment was filed with the District Court on February 4th, 2008.

5. That Petitioner-Appellant, Julian Jones' current place of confinement is the Menard Correctional Center, Menard, Illinois, Reg. No. R-32359; and Mr. Donald Hulick is the current warden at the Menard Correctional Center.

Respectfully submitted;

*Julian Jones*
Julian Jones, Pro Se
Reg. No. R-32359
Menard Correctional Center
P.O. Box 711  SU-6-29
Menard, Illinois  62259

STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF RANDOLPH )

CERTIFICATION OF VERIFICATION

I, Julian Jones, being duly sworn upon oath, declares under the penalty of perjury pursuant to 28 U.S.C. §1746, that I am the Petitioner-Appellant in the above-entitled cause, that I have read the foregoing "Circuit Rule 3(c) Docketing Statement" and certifies that the statements setforth therein are true and correct in substance and in fact, except as to matters stated to be on information and belief and as to such matters certifies as foregoing that I believe the same to be true and I affix my hand to sign this 4th day of February, 2008, attesting to the truth thereof.

/s/ *Julian Jones*
Julian Jones - Affiant

-2-