FILED
FEB 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 12 2008

Julian Jones
Reg. No. R-32359
Menard Corr. Center
P.O. BOX 711 SU-6-29
Menard, Illinois 62259

February 4, 2008

Honorable Michael W. Dobbins, Clerk
Office of the Clerk of the United States
  District Court, Northern District of Illinois
Prisoner Correspondent
219 South Dearborn Street
United States Courthouse & Federal Building
Chicago, Illinois  60604

    Re: Julian Jones (R-32359) v. Donald Hulick, Case No. 07-C-6852,
        Judge Kendall; Magistrate Judge Cox, presiding.

Dear Clerk Dobbins,

        Please find enclosed the original and two (2) copies of my Notice Of Filing And Certificate Of Service; Motion To Atler Or Amend Judgment, Or In The Alternate, File Notice Of Appeal, Certificate Of Appealability And Docketing Statement, with said alternate pleadings attached as Exhibits, with Proposed Order, which I respectfully ask be filed with your Court, whereas I have mailed the same on the above date from the above listed addressed.

        In addition, I have enclosed an additional copy of the same and respectfully ask this copy be "stamped received/filed" and returned to me in the self-addressed stamped envelope for my file record and proof the same was received.

        On a related matter, I submitted a money voucher in the amount of five (5) dollars to Menard Correctional Center officials for payment of the filing fee in the event the Court allows me to submit the payment late, whereas, Menard is consistently slow in processing money vouchers. I wanted you to be aware the same would normally arrive the same time or shortly thereafter as when this correspondence arrives, but I have no control over when Menard will process said payment request. I would respectfully ask for a receipt for the five (5) dollar payment upon receipt of the same.

        Thank you for your time and consideration on this matter. I await to hear from you.

        Respectfully yours,

        *Julian Jones*
        Julian Jones, Pro Se

cc