# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | VIRGINIA M. KENDALL | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6852 | **DATE** | February 15, 2008 |
| **CASE TITLE** | U.S. ex rel. Julian Jones (R-32359) v. Donald Hulick | | |

**DOCKET ENTRY TEXT:**

The Court holds Petitioner's motion to alter or amend judgment or in the alternate, File notice of Appeal, Certificate of Appealability and docketing statement [14] in abeyance. It appears from Petitioner's letter, dated 1/23/08, that he never received the Court's order of 12/13/07, ordering him to pay the $5.00 filing fee. Petitioner is given 30 days from the date of this order to pay the $5.00 filing fee. If he pays the filing fee, the Court will grant Petitioner's motion to alter or amend judgment, and this case will be reinstated. If he does not pay, then the case will remain closed. The Clerk is directed to send Petitioner a copy of the 12/13/07 order and a copy of the docket.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|