```
                                    Julian Jones
     F I L E D                      Reg. No. R-32359
                                    Menard Correctional Center
         FEB 2 2 2008   MB          P.O. Box 711  SU-6-29
                                    Menard, Illinois 62259

     MICHAEL W. DOBBINS             January 31, 2008
     CLERK, U.S. DISTRICT COURT
```

Honorable Michael W. Dobbins, Clerk
Office of the Clerk of the Court
   for the United States District Court
     Northern District of Illinois
Prisoner Correspondent
219 South Dearborn Street
Chicago, Illinois  60604


Re: Julian Jones (R-32359 v. Donald Hulick; Case No. 07-C-6852.
    Honorable Virginia M. Kendall, Judge Presiding.


Dear Clerk Dobbins,

    Please find enclosed a money order in the ammount of five (5) dollars to cover the cost of filing fees in the above-entitled cause, i.e., Habeas Corpus Proceedings.

    I have submitted a money voucher to the officials at the Menard Correctional Center to have the funds removed from my Inmate Trust Fund Account and submitted in the enclosed envelope to you. I have no way of knowing how long the processing of my money voucher will take but under the "MAIL BOX RULE" the submission must be considered filed on the above-listed date.

    I wrote seperately this date, requesting said correspondence be construed as a motion to reconsider the Order of January 28, 2008 dismissing my case for failing to pay the filing fee as directed by the Court in an order dated 12/13/07, which I never received and leave to file a late filing fee, or alternately, as a Notice of Appeal. I will be submitting an official Motion on the same as soon as possible.

    Thank you for your time and consideration on this matter. I await to hear from you regarding my case.

                                        Respectfully yours,

                                        /s/ Julian Jones
                                        Julian Jones, Pro Se


cc.