*MHN*

# F I L E D
3 - 3 - 2008
MAR X 3 2008  PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Scoa_  ☐ Agent  ☐ Addressee<br><br>B. Received by ( Printed Name )  C. Date of Delivery<br>D. Clark   2-26-08 |
| 1. Article Addressed to:<br><br>**Julian Jones**<br>**R-32359**<br>**Menard - MND**<br>**P.O. Box 711**<br>**Menard, IL 62259**<br><br>07- 6852     B | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:   ☐ No<br><br><br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0001 7313 4252 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

07cv 6852