# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | VIRGINIA M. KENDALL | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6852 | **DATE** | March 10, 2008 |
| **CASE TITLE** | United States ex rel. Julian Jones (R-32359) v. Donald Hulick | | |

**DOCKET ENTRY TEXT:**

Petitioner has paid the filing fee. The Court accordingly grants his motion to alter or amend judgment [14] and directs the Clerk to reopen this case. Petitioner's alternative motion for certificate of appealability [14] is denied as moot. The Court grants Petitioner's motion for stay and abeyance procedure [5] and stays this action until the resolution of Petitioner's state court proceedings. Petitioner must inform the Court within 30 days when he has fully exhausted his state remedies.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|